SPECIAL LEGAL MAIL –
Open in Inmate Presence Only



ST. CHARLES
SINCE 1834

Michael John Sarno
Federal Correctional Complex
Inmate #01042-424
PO Box 1000
Petersburg, VA 23804

January 8, 2016

Dear Mr. Sarno:

On January 4, 2016, we received your Freedom of Information request for police records.

You requested the following:
"Any and all interview notes regarding St. Charles Police Department Officer Jerry Gatlin, or others, interviewing Mark Hay, during the year of 2003.

This interview is specifically referenced in an affidavit by Commander Gatlin, dated December 2015."

There is no reference to a 2003 interview in Commander Gatlin's affidavit of December 15, 2015.

However, Commander Gatlin's affidavit did refer to information which he received from Mark Hay. It is unspecified as to the year. That information was received during an interview in 2004.

We have released Commander Gatlin's unredacted notes from that 2004 interview.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Kim Schult, Police Records Division Manager / FOIA Officer
630-377-4435
kschult@stcharlesil.gov

JAMES T. KEEGAN  Chief of Police

211 NORTH RIVERSIDE AVENUE   ST. CHARLES, IL 60174   PHONE: 630-377-4435   FAX: 630-377-1078
www.stcharlesil.gov

Arrested & indicted

SA Tina Sherrow ATF
(630) ███

Anthony Vodpondego — in custody MCC
arraigned 10/22

I indicted

Mark Ibey

Det Primising (Fondulac)
Tina Sherrow

(2001 case) — Hay told me Sammy ran the "businesses" thru "We Buy"

Portage, Wisc Det

Heather Winslow — Fed appointed Atty. for Hay

Hay told me ↳ Volpendestos — worked for Sam Giancanna

Polchan — Goldberg Jewelers