**From:** law6447 <law6447@aol.com>
**To:** PEX/ExecAssistant~ <PEX/ExecAssistant~@bop.gov>; GRA-DSC/PolicyCorrespondence <GRA-DSC/PolicyCorrespondence@bop.gov>; LEWExecAssistant <LEWExecAssistant@bop.gov>
**Subject:** Michael Sarno 01042-424
**Date:** Sat, Apr 4, 2020 11:22 am

To whom it may concern,

In the spirit and necessity create by Covid-19 and Attorney General Barr's recommendation that high risk Covid-19 inmates be released, I would ask the Michael Sarno who is incarcerated in Petersberg be considered for any such program based on the following:

1. Mr. Sarno is 62 years of age and has served of nine (9) years of his sentence.
2. Mr. Sarno and I have been requesting the a shoulder and knee surgery be scheduled for over a year now to no avail. He is no relegated to a wheel chair and is not ambulatory. This condition puts his at risk due to lack of mobility and is a negative for his immune system.
3. Mr. Sarno suffered form pneumonia and respiratory issues which have been addressed during his incarceration. However, he has not received a pneumonia shot in over three (3) years despite his requests. This condition in and of itself puts him in the high risk category not to mention the lack of the treatment he has not received.
4. If released to house arrest he would be compliant as a condition for his pretrial release he was placed on house arrest and was totally compliant without any violation.

We understand the BOP is not prepared for the Cover-19 outbreak as not only are country but countries throughout the world. You need to maximize your resources and an inmate such as Mr. Sarno (excuse my language) would only get in the way and be a burden on the resources you have available. I would hope that given the nature of the situation we are all facing that this be considered as such would be in all parties mutual best interests.

Please let me know your thoughts on such as while Mr.Sarno does have quite a bit of time remaining on his sentence, he did not get sentenced to death and my concern and the concern of both him and his family is that if he remains incarcerated, he will die from this virus given his personal high risk due to his health conditions and the lack of treatment the BOP will be able to give him due to your limited resources.

I hope common sense and passion dictates here over policies that were not prepared with this pandemic in mind.

Sincerely

Ed Wanderling

EDMUND P. WANDERLING
2505 S. Des Plaines Avenue
North Riverside, IL 60546
Phone 708-443-5400
Fax 708-443-5500
law6447@aol.com