UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | NO.   08 CR 115-3 |
| vs. | | |
| MICHAEL SARNO, | ) ) ) | Honorable Ronald R. Guzman |
| Defendant. | | |

## STIPULATION OF PARTIES

Defendant, MICHAEL J. SARNO, by his attorney, John W. Chwarzynski, Jr., and the United States of America by Assistant United States Attorney Debra Riggs Bonamici hereby stipulate as follows:

That the parties agree and stipulate that the record provided under docket #1053 for purposes of the appeal in this cause is incomplete and that a supplemental record should be prepared from docket #1007. Specifically, the parties request that the supplemental include docket items beginning with #1007 and concluding docket #1049 with Michael Sarno's Second Motion for Compassionate Release and shall be sent to the Seventh Circuit Court of Appeals.

By: /s/ John W. Chwarzynski Jr.
Attorney for Michael Sarno
HALE & MONICO, LLC
53 West Jackson, Suite 337
Chicago, IL 60604
(773) 307-3157
jwc@halemonico.com

By: /s/ Debra Riggs Bonamici
Assistant United States Attorney
219 S. Dearborn St.
Fifth Floor
Chicago, IL 60604
(312) 353-3741
debra.bonamici@usdoj.gov